## HORTON V LONG DISTANCE TELEPHONE & TELEGRAPH CO.

### *Injunction.*

(Decided July 6, 1906.   41 So. Rep. 1006.)

APPEAL from Limestone Chancery Court.
Heard before Hon. W. H. SIMPSON.
W. R. WALKER, JAMES B. HORTON, and H. C. THATCH, for appellant.
ERLE PETTUS, M. K. CLEMENTS, and E. W. GODBY, for appellee.
Affirmed.
Opinion by SIMPSON, J.
WEAKLEY, C. J., and HARALSON, DOWDELL and ANDERSON, JJ., concur.
TYSON and DENSON, JJ., dissent.